No. 7,904.—STATE ex Rel. MacCORMICK, Relator, *v.* DISTRICT COURT et al., Respondents.

Decided November 21, 1938.

PER CURIAM.—The application of relator in the above-entitled proceeding is, after due consideration, denied.

*Mr. S. P. Wilson,* for Relator.